UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ZACARIAS MOUSSAOUI, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. CIV-24-1358-J |
| MERRICK GARLAND, | ) ) ) |
| Defendant. | ) ) |

## ORDER

Plaintiff, a federal prisoner proceeding pro se, initiated this action on December 26, 2024. [Doc. No. 1]. The matter was referred for initial proceedings to United States Magistrate Judge Suzanne Mitchell consistent with 28 U.S.C. § 636. [Doc. No. 4].

On February 13, 2025, Judge Mitchell issued a Report and Recommendation recommending the dismissal of Plaintiff's complaint without prejudice due to his failure to follow the Court's rules and orders. [Doc. No. 6]. While Judge Mitchell advised Plaintiff of his right to object to the Report and Recommendation by March 6, 2025, he submitted no objection. Plaintiff has therefore waived any right to appellate review of the factual and legal issues in the Report and Recommendation. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991).

Accordingly, the Court ADOPTS the Report and Recommendation [Doc. No. 6] and DISMISSES Plaintiff's complaint without prejudice. A separate judgment will follow.

IT IS SO ORDERED this 18th day of March, 2025.

_____
BERNARD M. JONES
UNITED STATES DISTRICT JUDGE